The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GREGORIO ILAG<br>  a/k/a George Mendoza<br><br>Defendant. | NO. CR95-578 TSZ<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT<br><br>**NOTED: January 21, 2022** |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Assistant United States Attorney, submits this motion to dismiss the Indictment against Defendant Gregoria Ilag in the above-entitled case pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Ilag pled guilty in this case in 1999, but fled abroad before sentencing, and remained a fugitive until his death in 2015. The government has confirmed Ilag's death through interviews of family members and by obtaining a copy of his death certificate from the Philippine Bureau of Statistics. As a result, the government requests leave to

MOTION TO DISMISS - 1
*United States v. Ilag*, CR95-578 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 dismiss the case, pursuant to Rule 48, which provides that the "government may, with
2 leave of court, dismiss an indictment."

3     DATED: this 11th day of January, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2277
Fax:    (206) 553-0755
E-mail:  andrewcfriedman@usdoj.gov

MOTION TO DISMISS - 2
*United States v. Ilag,* CR95-578 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970