UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR95-578 TSZ |
| Plaintiff | ORDER OF DISMISSAL |
| v. | |
| GREGORIO ILAG<br>a/k/a George Mendoza, | |
| Defendant. | |

The United States of America having advised that defendant Gregorio Ilag a/k/a George Mendoza has died while a fugitive, the Court GRANTS the Government's unopposed motion, docket no. 31, and

IT IS ORDERED that this case is DISMISSED and that any arrest warrant in the case is QUASHED.

The Clerk of Court is directed to provide a copy of this Order of Dismissal to all counsel of record and to the United States Marshals Service.

Dated this 21st day of January, 2022.

Thomas S. Zilly
United States District Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER OF DISMISSAL - 1
*United States v. Ilag aka Mendoza,* CR95-578 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970